# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:09 CV 200

| | | |
|---|---|---|
| THOMAS J. MILLER, | ) | |
| Plaintiff | ) ) | |
| V | ) ) | **ORDER** |
| INGLES, SONNY CLARK, Head of Security; WACKENHUT CORP.; MAJ. TERRY NORRIS; EXECUTIVE SECURITY SERVICES; and BOB COPELAND, Owner, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the court on Jacqueline D. Grant's Application for Admission to Practice *Pro Hac Vice* of Lynn C. Stewart. It appearing that Lynn C. Stewart is a member in good standing with the Georgia Bar and will be appearing with Jacqueline D. Grant, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that Jacqueline D. Grant's Motion for Pro Hac Vice Admission of Lynn c. Stewart (#23) is **GRANTED**, and that Lynn C. Stewart is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Jacqueline D. Grant.

Signed: August 6, 2009

Dennis L. Howell
United States Magistrate Judge