# United States District Court
# For The Western District of North Carolina
# Asheville Division

Thomas J. Miller,

    Plaintiff(s),　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　1:09cv200

Ingles, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/24/2009 Order.

November 24, 2009　　　　　　　　　　FRANK G. JOHNS, CLERK

　　　　　　　　　　　　　　　　　　　BY:　　s/_____
　　　　　　　　　　　　　　　　　　　　　　Tammy Hightower, Deputy Clerk